IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FRANK KRASOVEC, ET AL., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. 3:24-cv-395 |
| ) | Judge Trauger |
| SIDDHARTH JAWAHAR, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

The Plaintiffs' Motion to Suspend Initial Case Management Conference and Temporarily Stay Proceedings (Doc. No. 14) is GRANTED. The initial case management conference scheduled for September 16, 2024 is CONTINUED, and this case is STAYED until later order of the court.

**IT IS SO ORDERED.**

_____
ALETA A. TRAUGER
U.S. DISTRICT JUDGE